# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SMBC Rail Services LLC

V.

B&G Futures Inc.

CASE NUMBER: 22-cv-6397

ASSIGNED JUDGE: Franklin U. Valderrama

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

B&G Futures Inc.
c/o Registered Agent: Andy Ginella
4096 Holiday St., NW
Canton, OH 44718

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bryan E. Jacobson (bjacob@chapman.com)
CHAPMAN AND CUTLER LLP
320 South Canal Street
Chicago, Illinois  60606

an answer to the complaint which is herewith served upon you, __21 (twenty one)__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



November 16, 2022

DATE

# Affidavit of Process Server

SMBC Rail Services LLC vs. B&G Futures Inc | 22CV6397
Plaintiff/Petitioner | Defendant/Respondent | Case#

Being duly sworn, on my oath, I Mark Berus
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served B&G Fixtures, Inc.
NAME OF PERSON/ENTITY BEING SERVED

**with the (documents)**
☐ Subpoena with $ _____ witness fee and mileage
☒ Summons, Complaint and 11/18/22 Minute Order

**by serving (NAME)** B&G Futures
at ☐ Home
☒ Business 4096 Holiday St, NW, Canton, Ohio 44718
☒ on (DATE) November 30th 2022 at (TIME) 9:55am

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
Stacey Phillips, Officer Manager
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other:
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ( ) ( ) ( ) ( ) ( ) ( )

**Description:**
- ☐ Male ☒ Female
- ☒ White ☐ Black ☐ Hispanic ☐ Asian ☐ Indian
- ☐ Black Hair ☒ Brown Hair ☐ Blond Hair ☐ Gray Hair ☐ Red Hair
- ☐ White Hair ☐ Balding ☐ Mustache ☐ Beard
- ☐ 14-20 Yrs. ☐ 21-35 Yrs. ☐ 36-50 Yrs. ☒ 51-65 Yrs. ☐ Over 65 Yrs.
- ☐ Under 5' ☒ 5'-5'3" ☐ 5'4"-5'8" ☐ 5'9"-6' ☐ Over 6'
- ☐ Under 100 Lbs. ☒ 100-130 Lbs. ☐ 131-160 Lbs. ☐ 161-200 Lbs. ☐ Over 200 Lbs.
- ☐ Glasses

OTHER IDENTIFYING FEATURES:

State of Ohio County of Cuyahoga

Subscribed and sworn to before me
A notary public this 2nd day of December 2022

Donna Harper
Notary Public, Ohio
Commission Expires May 28, 2023

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS