IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMBC RAIL SERVICES LLC, a Delaware limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>B&G FUTURES INC., an Ohio corporation, )<br>)<br>Defendant. ) | Case No. 22-cv-06397<br><br>Judge Franklin U. Valderrama |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT**

**To the Clerk of the U.S. District Court for the Northern District of Illinois:**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and supported by the affidavit attached hereto, Plaintiff requests that the clerk enter judgment by default against Defendant B&G Futures Inc., in the above-entitled action, for $4,293,047.52.

CHAPMAN AND CUTLER LLP

By: *Bryan Jacobson*
Bryan E. Jacobson
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMBC RAIL SERVICES LLC, a Delaware limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>B&G FUTURES INC., an Ohio corporation, )<br>)<br>Defendant. ) | Case No. 22-cv-06397<br><br>Judge Franklin U. Valderrama |

**AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT**

STATE OF ILLINOIS  )
                   ) SS:
COUNTY OF COOK     )

Tim Stevens, being first duly sworn, says that he is a Senior Vice President of SMBC Rail Services LLC, Plaintiff in the above-entitled action; that the amount due to Plaintiff from Defendant B&G Futures Inc. is $4,293,047.52, as alleged in Paragraphs 22 through 24 of Plaintiff's Complaint; that Defendant is not in the military service of the United States; that Defendant is not an infant or incompetent person; that the default of Defendant B&G Futures Inc. has been entered for its failure to appear in the action; and that the amount shown is justly due and owing and that no part thereof has been paid.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on January 12, 2023

_____
Tim Stevens
Senior Vice President