<pre>
                    UNITED STATES DISTRICT COURT
           FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
                            Eastern Division
</pre>

SMBC Rail Services LLC
                                                     Plaintiff,

v.                                                                                Case No.: 1:22–cv–06397
                                                                                Honorable Franklin U. Valderrama

BG Futures Inc.
                                                     Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 17, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiff's Motion for Entry of Default Judgment [16], which is supported by affidavit from Plaintiff's Senior Vice President. R. 16 at 2 (saying Defendant owes Plaintiff $4,293,047.52 "as alleged in Paragraphs 22 through 24 of Plaintiff's complaint; that Defendant is not in the military service of the United States; that Defendant is not an infant or incompetent person"); see R. 1, Compl. 2224 (enumerating eleven separate invoices with numerical amounts due, plus 5% late payment charge and storage, switching, and freight costs, totaling $4,293,047.52). The Court grants the motion [16]. The Court awards a total judgment amount of $4,293,047.52. Enter final default judgment order. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.