**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SMBC RAIL SERVICES LLC, a Delaware limited liability company, ) ) ) Plaintiff, ) ) v. ) ) B&G FUTURES INC., an Ohio corporation, ) ) Defendant. ) | Case No. 22-cv-06397 Judge Franklin U. Valderrama |

**FINAL DEFAULT JUDGMENT ORDER**

Defendant, B&G Futures Inc., having failed to plead or otherwise defend in this action, and default having been entered, **NOW**, upon application of Plaintiff and upon affidavit that Defendant B&G Futures Inc. is indebted to Plaintiff in the sum of $4,293,047.52, that Defendant is not in the military service of the United States and is not an infant or incompetent person; it is hereby **ORDERED, ADJUDGED AND DECREED**, that Plaintiff recover from Defendant B&G Futures Inc. the sum of $4,293,047.52.

IT IS SO ORDERED.

DATED: February 17, 2023

Franklin U. Valderrama
United States District Judge